UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Marianne B. Briggs | : |
| | : |
|     Debtor | : |
| | : |
| | : NO.  17-10016 ELF |
| PNC BANK, NATIONAL ASSOCIATION | : |
|     Movant | : |
|       v. | : |
|     Marianne B. Briggs | : Date: December 8, 2020 |
|     Debtor | : Time: 9:30 a.m. |
| | : Courtroom: 1 |
|     William C. Miller, Esquire | : |
|     Trustee | |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of the foregoing DEBTOR'S ANSWER TO PNC BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF  was served upon the following parties by mailing such copies by  first class, postage prepaid or by electronic means on November 25, 2020,  to the following:

Asst. U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA   19107

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Marianne B. Briggs
5125 Lighthouse Lane
Bensalem, PA 19020

  11-25-20
    Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor