# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 17-10016-ELF

MARIANNE B. BRIGGS

5125 LIGHTHOUSE LANE

BENSALEM, PA 19020

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARIANNE B. BRIGGS

    5125 LIGHTHOUSE LANE

    BENSALEM, PA 19020

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

                           /S/ William C. Miller

Date: 6/14/2021                   _____

                           William C. Miller, Esquire
                           Chapter 13 Standing Trustee